Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Ameridian Industries LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Pacific Torque**<br>**DBA  Orion Equipment**<br>**FDBA  Pacific Torque LLC** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-8218242** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **18060 Des Moines Memorial Drive S**<br>**Seattle, WA 98148-1950**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **King**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.pacifictorque.com | www.orion-equip.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 20-12550-CMA    Doc 1    Filed 10/08/20    Ent. 10/08/20 07:25:42    Pg. 1 of 17

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___4231___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Case 20-12550-CMA    Doc 1    Filed 10/08/20    Ent. 10/08/20 07:25:42    Pg. 2 of 17

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
| --- | --- | --- |
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  8, 2020**
              MM / DD / YYYY

**X** **/s/ Allan Van Ruiter**                                    **Allan Van Ruiter**
      Signature of authorized representative of debtor            Printed name

Title    **President & CEO**

**18. Signature of attorney**

**X** **/s/ Armand J. Kornfeld**                          Date **October  8, 2020**
      Signature of attorney for debtor                        MM / DD / YYYY

**Armand J. Kornfeld**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 292-2110**       Email address   **jkornfeld@bskd.com**

**WSBA 17214 WA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ameridian Industries LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ARAMARK UNIFORM SERVICES, INC. C/O AUS WEST LOCKBOX PO Box 101179 Pasadena, CA 91189-1179** | ca_cas4@uniform.aramark.com Fax: (781) 423-9088 | uniform services | | | | $333.36 |
| **BATEMAN MANUFACTURING 5 Winstar Road Oro Medonte, ON L0L 2L0 CANADA** | **Mark Vandenberg** mark@batemanmanufacturing.com Fax: (705) 487-5290 | trade debt (equipment) | | | | $2,861.20 |
| **CONSTR. EQUIP. GUIDE 470 Maryland Drive Fort Washington, PA 19034** | Ph: (800) 523-2200 | sales and marketing | | | | $1,350.00 |
| **DARTCO TRANSMISSIONS INC. PO Box 2384 Indianapolis, IN 46206** | **JR Sellars** jrsellars@dartcotransmission.com Fax: (714) 237-0911 | trade debt (parts) | | | | $1,545.46 |
| **DEPARTMENT OF REVENUE Compliance Division - Kent 20819 72nd Ave. S., Suite 680 Kent, WA 98032-2391** | **Karen Bassi** karenb@dor.wa.gov Fax: (425) 656-5157 | excise tax | | | | $174,683.68 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 20-12550-CMA    Doc 1    Filed 10/08/20    Ent. 10/08/20 07:25:42    Pg. 5 of 17

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DRIVELINES N.W. INC. 3116 First Hill Avenue Everett, WA 98201-4519 | David Lee dlee@drivelinesnw .com Fax: (425) 259-5973 | trade debt (parts and services) | | | | $1,028.34 |
| FEDEX FREIGHT P.O. Box 10306 Palatine, IL 60055-0306 | Fax: (870) 365-4354 Ph: (870) 741-9000 | freight shipping | | | | $1,567.72 |
| INDECO NORTH AMERICA, INC. PO Box 0393 Bridgeport, CT 06601-0393 | Michael Fischer mfischer@indeco-b reakers.com Fax: (203) 713-1040 | trade debt (tools and equipment) | | | | $5,284.34 |
| INTEGRATED COMPUTER SYSTEMS SUPPORT, INC. 8531 154th Avenue NE Suite 110 Redmond, WA 98052-6296 | Chris Faist info@ics-support.c om Fax: (425) 820-6420 | professional services (IT support) | | | | $1,025.15 |
| JUBITZ FLEET SERVICES PO Box 11251 Portland, OR 97211 | Janvier jubitz.cs@jubitz.co m (503) 283-1111 ext. 4394 | trade debt (parts) | | | | $3,042.15 |
| KOBELCO CONSTRUCTION MACHINERY U.S.A. INC. 4690 World Houston Parkway Houston, TX 77032 | Brad Hargrave brad.hargrave@ko belco.com Fax: (281) 372-6529 | trade debt (parts and machinery) | | | | $205,256.58 |
| LIEBHERR MINING & CONSTRUCTION EQUIPMENT, INC. 4100 Chestnut Avenue Newport News, VA 23607 | lus-accountsreceiv able@liebherr.com Fax: (757) 928-8770 | equipment | | | | $148,910.99 |
| MACHINERY TRADER PO Box 85673 Lincoln, NE 68501-5673 | Ph: (800) 247-4898 | sales and marketing | | | | $1,180.00 |
| NAPA AUTO PARTS FILE 56893 Los Angeles, CA 90074-6893 | Fax: (770) 449-8817 Fax: (425) 251-9298 | trade debt (parts) | | | | $1,698.31 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PACIFIC POWER GROUP, LLC** PO Box 748720 Los Angeles, CA 90074-8720 | **Cindee Gannon** cgannon@schwabe.com Fax: (360) 887-7401 | trade debt (parts) | | | | $390.72 |
| **REDMOND HEAVY HAULING, LLC** PO Box 672 Prineville, OR 97754 | **Will Clark** Fax: (541) 447-2190 Ph: (541) 447-5643 | professional services | | | | $1,765.00 |
| **SUTTON TRUCKING LLC** 24300 Pacific Hwy. S. Kent, WA 98032 | **Mike Harford** mike@mwsutton.com Ph: (503) 255-7900 | professional services | | | | $4,750.00 |
| **TLC TOWING & RECOVERY, INC.** 4545 S. 11th Way Ridgefield, WA 98642 | **Chris Rivers** tlctowing@qwestoffice.net Fax: (360) 887-9159 | towing and recovery | | | | $1,765.00 |
| **WASTE CONNECTIONS OF WA** Vancouver District #2010 PO Box 7428 Pasadena, CA 91109-7428 | **Patrick Shea** lisaw@wcnx.org Ph: (866) 892-9269 | solid waste collection, transfer, and disposal | | | | $454.18 |
| **XTREME PRESSURE WASH** 5600 Mount Solo Rd. Unit 52 Longview, WA 98632 | **Carlos Partida** Ph: (360) 607-3518 | pressure washing services | | | | $390.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

```
US ATTORNEY
ATTN BANKRUPTCY ASSISTANT
700 STEWART STREET
ROOM 5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


ARMAND J. KORNFELD
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


AMERIDIAN INDUSTRIES LLC
18060 DES MOINES MEMORIAL DRIVE S
SEATTLE, WA 98148-1950
```

```
ARAMARK UNIFORM SERVICES
5880 NOLENSVILLE PIKE
NASHVILLE, TN 37211-6502


ARAMARK UNIFORM SERVICES, INC.
C/O AUS WEST LOCKBOX
PO BOX 101179
PASADENA, CA 91189-1179


ASSOCIATED PETROLEUM
    PRODUCTS, INC.
PO BOX 34600
SEATTLE, WA 98124-1600


ASSOCIATED PETROLEUM
    PRODUCTS, INC.
2320 MILWAUKEE WAY
TACOMA, WA 98421-2710


BANK OF THE WEST
180 MONTGOMERY STREET
25TH FLOOR
SAN FRANCISCO, CA 94104


BANK OF THE WEST
2527 CAMINO RAMON
SAN RAMON, CA 94583


BANK OF THE WEST
C/O DEBORAH CRABBE
FOSTER GARVEY
1111 THIRD AVENUE
SEATTLE, WA 98101


BANK OF THE WEST
    EQUIPMENT FINANCE
12677 ALCOSTA BLVD., SUITE 200
NC-B15-2H-K
SAN RAMON, CA 94583


BATEMAN MANUFACTURING
5 WINSTAR ROAD
ORO MEDONTE, ON L0L 2L0
CANADA
```

```
BELL TRUCKS AMERICA, INC.
8111 MILLS ROAD
HOUSTON, TX 77064


BOKF, N.A. D/B/A BANK OF TEXAS
1401 MCKINNEY STREET
SUITE 1000
HOUSTON, TX 77010


BOKF, N.A. D/B/A BANK OF TEXAS
C/O ED MCQUEEN
BELL NUNNALLY
2323 ROSS AVENUE
DALLAS, TX 75201


BOKF, N.A. D/B/A BANK OF TEXAS
PO BOX 29775
DALLAS, TX 75229-9775


BOSTEC, INC.
PO BOX 486
LYNDEN, WA 98264


BOSTEC, INC.
8112 GUIDE MERIDIAN RD.
LYNDEN, WA 98264-9421


CINTAS CORPORATION
6800 CINTAS BLVD.
MASON, OH 45040


CONSTR. EQUIP. GUIDE
470 MARYLAND DRIVE
FORT WASHINGTON, PA 19034


CRAIG MANUFACTURING LTD.
96 MCLEAN AVENUE
WEBSTER, NB E7P 2K5
CANADA


CRATE TECH
2582 MOMENTUM PLACE
CHICAGO, IL 60689-5325
```

```
CRYSTAL SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579


CUMMINS INC.
500 JACKSON STREET
COLUMBUS, IN 47201


CUMMINS NORTHWEST LLC
LOCKBOX 138324
PO BOX 398324
SAN FRANCISCO, CA 94139


D.O.C.K. MANAGEMENT, INC.
11800 124TH AVENUE NE
KIRKLAND, WA 98034


DARTCO TRANSMISSIONS INC.
PO BOX 2384
INDIANAPOLIS, IN 46206


DARTCO TRANSMISSIONS INC.
4390 N. LONG ROAD
COLUMBUS, IN 47203


DEPARTMENT OF REVENUE
COMPLIANCE DIVISION - KENT
20819 72ND AVE. S., SUITE 680
KENT, WA 98032-2391


DEPARTMENT OF REVENUE
TREASURY MANAGEMENT
PO BOX 47464
OLYMPIA, WA 98504-7464


DEUTSCHE LEASING USA, INC.
190 S. LASALLE STREET
SUITE 2150
CHICAGO, IL 60603


DEUTSCHE LEASING USA, INC.
C/O UNIVERSAL REGISTERED AGENT
524 2ND STREET
SUITE 505
SPRINGFIELD, IL 62701
```

```
DMK PROPERTIES, LLC
ATTN: GENE T. NELSEN
1907 NW 111TH STREET
VANCOUVER, WA 98685


DRIVELINES N.W. INC.
3116 FIRST HILL AVENUE
EVERETT, WA 98201-4519


FEDEX
P.O. BOX 94515
PALATINE, IL 60094-4515


FEDEX FREIGHT
P.O. BOX 10306
PALATINE, IL 60055-0306


FEDEX FREIGHT
2200 FORWARD DRIVE
HARRISON, AR 72601


FORD MOTOR CREDIT COMPANY
DEPT. 194101
PO BOX 55000
DETROIT, MI 48255-1941


FORD MOTOR CREDIT COMPANY
C/O THE CORPORATION COMPANY
40600 ANN ARBOR ROAD
SUITE 201
PLYMOUTH, MI 48170


GRAINGER, INC.
PO BOX 419267
KANSAS CITY, MO 64141-6267


HAMILTON ENGINE, LLC
5540 NE COLUMBIA BLVD.
PORTLAND, OR 97218


HI-STRENGTH BOLT COMPANY
21257 84TH AVENUE S
KENT, WA 98032
```

```
INDECO NORTH AMERICA, INC.
PO BOX 0393
BRIDGEPORT, CT 06601-0393


INTEGRATED COMPUTER SYSTEMS
    SUPPORT, INC.
8531 154TH AVENUE NE
SUITE 110
REDMOND, WA 98052-6296


JUBITZ FLEET SERVICES
PO BOX 11251
PORTLAND, OR 97211


JUBITZ FLEET SERVICES
33 NE MIDDLEFIELD ROAD
PORTLAND, OR 97211


KING COUNTY TREASURY
500 FOURTH AVENUE
ROOM 600
SEATTLE, WA 98104-2340


KOBELCO CONSTR. MACH. USA INC.
C/O CORPORATION SERVICE CO.
211 E. 7TH STREET
SUITE 620
AUSTIN, TX 78701


KOBELCO CONSTR. MACH. USA INC.
4690 WORLD HOUSTON PARKWAY
HOUSTON, TX 77032


KOBELCO CONSTRUCTION
    MACHINERY U.S.A. INC.
4690 WORLD HOUSTON PARKWAY
HOUSTON, TX 77032


LIEBHERR CONSTR. EQUIP. CO.
4100 CHESTNUT AVENUE
NEWPORT NEWS, VA 23607


LIEBHERR MINING & CONSTRUCTION
    EQUIPMENT, INC.
4100 CHESTNUT AVENUE
NEWPORT NEWS, VA 23607
```

LIEBHERR-AMERICA, INC.
  DBA LIEBHERR USA CO.
PO BOX 603928
CHARLOTTE, NC 28260


MACHINERY TRADER
PO BOX 85673
LINCOLN, NE 68501-5673


MARITAL TRUST OF GARY F. WOOD
    AND KERRI L. WOOD
ATTN: KERRI L. WOOD
3516 NW 70TH STREET
SEATTLE, WA 98117


MORSE HYDRAULICS USA, LLC
7031 S 196TH STREET
UNIT 1-2
KENT, WA 98032-1160


NAPA - CLARK COUNTY
  HAZEL DELL
FILE 56893
LOS ANGELES, CA 90074-6893


NAPA AUTO PARTS
FILE 56893
LOS ANGELES, CA 90074-6893


NAPA AUTO PARTS
2999 WILDWOOD PKWY.
ATLANTA, GA 30339-8580


PACIFIC OFFICE AUTOMATION, INC
1064 FOURTH AVENUE S.
BRANCH 85
SEATTLE, WA 98134


PACIFIC POWER GROUP, LLC
PO BOX 748720
LOS ANGELES, CA 90074-8720


PACIFIC POWER GROUP, LLC
805 BROADWAY STREET
SUITE 700
VANCOUVER, WA 98660

PACIFIC POWER GROUP, LLC
805 BROADWAY STREET, SUITE 700
VANCOUVER, WA 98660


REDMOND HEAVY HAULING, LLC
PO BOX 672
PRINEVILLE, OR 97754


SIERRA SPRINGS
PO BOX 660579
DALLAS, TX 75266


SUTTON TRUCKING
ATTN: MIKE HARFORD
24300 PACIFIC HWY. S.
KENT, WA 98032


SUTTON TRUCKING LLC
24300 PACIFIC HWY. S.
KENT, WA 98032


SUTTON TRUCKING LLC
24001 NE SANDY BLVD.
WOOD VILLAGE, OR 97060


TACOMA DIESEL & EQUIPMENT, INC
444 54TH AVENUE E.
FIFE, WA 98424-2722


THINK BYG LLC
2028 EAST BEN WHITE BLVD.
SUITE 240-3575
AUSTIN, TX 78741


TLC TOWING & RECOVERY, INC.
4545 S. 11TH WAY
RIDGEFIELD, WA 98642


W. W. GRAINGER, INC.
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101


W. W. GRAINGER, INC.
100 GRAINGER PARKWAY
LAKE FOREST, IL 60045

WACKER NEUSON FINANCE
PO BOX 609
CEDAR RAPIDS, IA 52406


WACKER NEUSON FINANCE
C/O CORPORATION SERVICE CO.
211 E. 7TH STREET
SUITE 620
AUSTIN, TX 78701-3136


WASTE CONNECTIONS OF WA
VANCOUVER DISTRICT #2010
PO BOX 7428
PASADENA, CA 91109-7428


WINKLE INDUSTRIES
2080 WEST MAIN STREET
ALLIANCE, OH 44601


XTREME PRESSURE WASH
5600 MOUNT SOLO RD.
UNIT 52
LONGVIEW, WA 98632


ZF SERVICES, LLC
777 HICKORY HILL DRIVE
VERNON HILLS, IL 60061

# United States Bankruptcy Court
## Western District of Washington

In re    **Ameridian Industries LLC**           Case No. _____

                                Debtor(s)          Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Ameridian Industries LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AVRO LLC**
**Attn: Mr. Van Ruiter**
**18060 Des Moines Memorial Dr S**
**Seattle, WA 98148-1950**

**Brennan Family Investment LLC**
**Attn: Mr. Carey M. Brennan**
**10205 NE 60th Street**
**Kirkland, WA 98033**

**Irish Inc.**
**Attn: Mr. Jim Irish**
**18060 Des Moines Memorial Dr S**
**Seattle, WA 98148-1950**

☐ None [*Check if applicable*]

**October  8, 2020**
_____
Date

**/s/ Armand J. Kornfeld**
_____
**Armand J. Kornfeld**
Signature of Attorney or Litigant
Counsel for    **Ameridian Industries LLC**
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**jkornfeld@bskd.com**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy