Debtor name **Ameridian Industries LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) **20-12550**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ 21,572,929.15

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $ 21,572,929.15

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 12,852,369.75

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 174,683.68

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ 386,697.55

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b                                                                                                    $ 13,413,750.98

Case 20-12550-CMA    Doc 2    Filed 10/08/20    Ent. 10/08/20 08:18:52    Pg. 1 of 30

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $500.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **CHASE Bank (Pacific Torque)** | **Business Checking** | **6167** | $117,873.47 |
| 3.2. | **CHASE Bank (Orion Equip.)** | **Business Checking** | **0760** | $185,566.49 |
| 3.3. | **KeyBank** | **Segregated Checking for SBA PPP loan** | **2614** | $403.76 |
| 3.4. | **Bank of the West (Pacific Torque)** | **Business Checking** | **6516** | $70,609.96 |
| 3.5. | **Bank of the West (Orion Equip.)** | **Business Checking** | **6086** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $374,953.68 |
|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

| | 11a. 90 days old or less: | **886,489.00** | - | **0.00** | = .... | **$886,489.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

**Accounts Receivable**

12.     **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$886,489.00** |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Parts Inventory** | **11/20/2019** | **$2,088,485.00** | **Avg. Hist. Cost** | **$2,088,485.00** |
| 20. | **Work in progress** **Work In Progress (as of month end July 2020)** | **7/31/2020** | **$163,765.88** | **Cost Basis** | **$163,765.88** |
| 21. | **Finished goods, including goods held for resale** **Equipment Inventory** | **9/17/2020** | **$13,447,175.00** | **Retail Market** | **$14,530,212.00** |
| | **Rebuilt Transmissions On Site (as of month end July 2020)** | **7/31/2020** | **$385,065.44** | **Retail** | **$385,065.44** |
| | **Cores On Site (as of month end July 2020)** | **7/31/2020** | **$477,113.71** | **Retail** | **$477,113.71** |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

| | |
|---|---|
| | **$17,644,642.03** |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture & Fixtures (Pacific) (office supplies, cubicles, desks, conference table, chairs, workstations, phone system, bookcase, file cabinets, storage cabinets, microwaves, etc.)** | **$4,617.19** | Net Book | **$4,617.19** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, laptops, computer assessories, software, hard drives, copiers, telephone system, etc. (Orion) (as of month end July 2020) (fully depreciated)** | **$0.00** | Net Book | **$0.00** |
| **Computers, laptops, computer assessories, software, hard drives, copiers, telephone system, etc. (Pacific) (as of month end July 2020)** | **$927.14** | Net Book | **$927.14** |

42.    **Collectibles** _Examples_: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                              $5,544.33
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☑ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  See Attached List | $130,574.91 | Net Book | $130,574.91 |
| **48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Shop Equipment and Tools (Orion) (tools, floor<br>covering, fuel transfer pump, hydraulic pin<br>press, inflating gauge, etc.) (as of month end<br>July 2020) | $4,140.56 | Net Book | $4,140.56 |
| Shop Equipment and Tools (Pacific) (tools, air<br>compressors, dyno, power washing equip,<br>etc.) (as of month end July 2020) | $4,671.02 | Net Book | $4,671.02 |
| Warehouse Equipment (Pacific) (tabletop<br>system and freight, scale, shelving,<br>whiteboards, work bench, pressure washer,<br>mobile yard ramp, etc.)  (as of month end July<br>2020) | $111.69 | Net Book | $111.69 |
| Navision Integrated Computer Systems<br>(Pacific) (fully depreciated) | $0.00 | Net Book | $0.00 |

51.  **Total of Part 8.**                                                              $139,498.18
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Real property and premises located at 18060 Des Moines Memorial Drive S., Seattle, WA 98148** | Leasehold Interest | $0.00 | | Unknown |
| 55.2.  **Real property and premises located at 3909 Fruit Valley Road, Vancouver, WA 98682** | Leasehold Interest | $0.00 | | Unknown |
| 55.3.  **Real property (50,530 square feet of open air yard space) located at 24300 Pacific Hwy. S., Kent, WA 98032** | Leasehold Interest | $0.00 | | Unknown |

56.    **Total of Part 9.**                                                                                       | $0.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☑ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **Trademark: Pacific Torque brand name** | **$0.00** | | **Unknown** |
|    **Trademark: Orion Equipment brand name** | **$0.00** | | **Unknown** |
|    **Copyright: Pacific Torque logo** | **$0.00** | | **Unknown** |
|    **Copyright: Orion Equipment logo** | **$0.00** | | **Unknown** |
| 61.   **Internet domain names and websites** **Internet domain and website:** **www.pacifictorque.com** | **$0.00** | | **Unknown** |
|    **Interet domain and website:** **www.orion-equip.com** | **$0.00** | | **Unknown** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** **Customer List** | **$0.00** | | **Unknown** |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** **Goodwill (Pacific Torque)** | **$2,688,429.00** | **Net Book** | **$2,688,429.00** |

| | | |
|---|---|---|
| 66.   **Total of Part 10.** | | **$2,688,429.00** |
|    Add lines 60 through 65. Copy the total to line 89. | | |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ☑ No
   ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**
       **Bank of the West**
       **180 Montgomery Street**
       **25th Floor**
       **San Francisco, CA 94104**                                                          **TBD**
       **Nature of claim**      **Breach of Contract**
       **Amount requested**                **TBD**

       **BOKF, N.A. d/b/a Bank of Texas**
       **1401 McKinney Street, Suite 1000**
       **Houston, TX 77010**                                                                **TBD**
       **Nature of claim**      **Breach of Contract**
       **Amount requested**                **TBD**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                          **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $374,953.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $886,489.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $17,644,642.03 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,544.33 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $139,498.18 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,688,429.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,739,556.22 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,739,556.22 |

# In re:  Ameridian Industries LLC

## Attachment to Schedule A/B:  Question #47

# VEHICLES

1991 GMC P/U Last4VIN #0365

1991 GMC P/U Last4VIN #0365

1993 CHEVROLET P/U Last4VIN #1496

2002 GMC CHEVROLET BLAZER Last4VIN #6576

2007 CHEVROLET P/U Last4VIN #7679

2004 CHEVROLET P/U w/ service body Last4VIN #3847

2006 CHEVROLET P/U Last4VIN #8129

2006 CHEVROLET P/U Last4VIN #8129

2007 CHEVROLET P/U w/ service body Last4VIN #8600

2007 CHEVROLET P/U Last4VIN #9493

2006 GMC FLATBED Last4VIN #8758

2000 CHEVROLET P/U Last4VIN #5756

1999 CHEVROLET P/U Last4VIN #4791

2000 CHEVROLET P/U Last4VIN #5756

1999 CHEVROLET P/U Last4VIN #4791

2010 CHEVROLET SILVERADO Last4VIN #9393

2010 CHEVROLET SILVERADO Last4VIN #9393

2010 CHEVROLET SILVERADO Last4VIN #1717

2018 FORD F-150 P/U Last4VIN #0224

FORD Last4VIN #2870

2014 FORD F-150 P/U Last4VIN #1200

2014 FORD F-150 P/U Last4VIN #9341

2018 FORD TRANSIT CARGO VAN Last4VIN #5314

2018 FORD F-250 P/U Last4VIN #0705

2018 FORD F-250 P/U Last4VIN #0704

2015 FORD F-150 P/U Last4VIN #2663

FORD Last4VIN #9463

2015 FORD F-150 P/U Last4VIN #1633

2018 FORD F-150 P/U Last4VIN #8963

FORD Last4VIN #3113

Trailer Hitch for Flatbed

2014 LOAD TRAIL 22K Trailer Last4VIN #2768

dj06cz01hy

Debtor name   **Ameridian Industries LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)   **20-12550**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **BANK OF THE WEST** | | **$5,452,507.00** | **$8,806,212.00** |
|---|---|---|---|---|

Creditor's Name

**180 Montgomery Street**
**25th Floor**
**San Francisco, CA 94104**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Personal property including accounts, goods, inventory, equipment, and general intangibles.**

Creditor's email address, if known

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.2 | **BANK OF THE WEST** | | $2,249,206.00 | $3,098,036.00 |
|---|---|---|---|---|

Creditor's Name

**180 Montgomery Street**
**25th Floor**
**San Francisco, CA 94104**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Personal property including accounts, goods, inventory, equipment, and general intangibles.**

Creditor's email address, if known

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **BOKF, N.A. d/b/a Bank of Texas** | Describe debtor's property that is subject to a lien | **$4,262,205.00** | **$5,724,000.00** |
|---|---|---|---|---|

Creditor's Name

**1401 McKinney Street**
**Suite 1000**
**Houston, TX 77010**
Creditor's mailing address

**Inventory and equipment purchased with proceeds of loans made by secured creditor.**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **CRAIG MANUFACTURING LTD.** | Describe debtor's property that is subject to a lien | **$348,445.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**96 McLean Avenue**
**Webster, NB E7P 2K5**
**CANADA**
Creditor's mailing address

**Equipment**

Describe the lien
**Secuity Interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **DEUTSCHE LEASING USA, INC.** | Describe debtor's property that is subject to a lien | **$197,275.08** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**190 S. LaSalle Street**
**Suite 2150**
**Chicago, IL 60603**
Creditor's mailing address

**Equipment**

Describe the lien
**Security Interest**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☑ Disputed

---

| 2.6 | **FORD MOTOR CREDIT COMPANY** | Describe debtor's property that is subject to a lien | **$122,165.76** | **Unknown** |
|-----|-------------------------------|-----|-----|-----|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Vehicles**

**Dept. 194101**
**PO Box 55000**
**Detroit, MI 48255-1941**
Creditor's mailing address

**Describe the lien**
**Security Interest**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **KING COUNTY TREASURY** | Describe debtor's property that is subject to a lien | **$50,219.43** | **Unknown** |
|-----|--------------------------|-----|-----|-----|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Personal Property**

**500 Fourth Avenue**
**Room 600**
**Seattle, WA 98104-2340**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1720**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **WACKER NEUSON FINANCE** | Describe debtor's property that is subject to a lien | $170,346.48 | $0.00 |

**WACKER NEUSON FINANCE**

Creditor's Name

**PO Box 609**
**Cedar Rapids, IA 52406**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Equipment**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $12,852,369.75 |

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **BANK OF THE WEST**<br>**2527 Camino Ramon**<br>**San Ramon, CA 94583** | Line  2.1 | |
| **BANK OF THE WEST**<br>**c/o Deborah Crabbe**<br>**Foster Garvey**<br>**1111 Third Avenue**<br>**Seattle, WA 98101** | Line  2.1 | |
| **BOKF, N.A. d/b/a Bank of Texas**<br>**c/o Ed McQueen**<br>**Bell Nunnally**<br>**2323 Ross Avenue**<br>**Dallas, TX 75201** | Line  2.3 | |
| **BOKF, N.A. d/b/a Bank of Texas**<br>**PO Box 29775**<br>**Dallas, TX 75229-9775** | Line  2.3 | |
| **DEUTSCHE LEASING USA, INC.**<br>**c/o UNIVERSAL REGISTERED AGENT**<br>**524 2nd Street**<br>**Suite 505**<br>**Springfield, IL 62701** | Line  2.5 | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**FORD MOTOR CREDIT COMPANY**
**c/o THE CORPORATION COMPANY**                          Line   **2.6**
**40600 Ann Arbor Road**
**Suite 201**
**Plymouth, MI 48170**

**WACKER NEUSON FINANCE**
**c/o CORPORATION SERVICE CO.**                          Line   **2.8**
**211 E. 7th Street**
**Suite 620**
**Austin, TX 78701-3136**

Fill in this information to identify the case:

Debtor name   **Ameridian Industries LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)   **20-12550**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**DEPARTMENT OF REVENUE**<br>**Compliance Division - Kent**<br>**20819 72nd Ave. S., Suite 680**<br>**Kent, WA 98032-2391** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $174,683.68 | $174,683.68 |
| Date or dates debt was incurred<br>**Feb - June 2020** | Basis for the claim:<br>**Excise Tax** | | |
| Last 4 digits of account number **4614**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**ARAMARK UNIFORM SERVICES, INC.**<br>**C/O AUS WEST LOCKBOX**<br>**PO Box 101179**<br>**Pasadena, CA 91189-1179** | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $333.36 |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**ASSOCIATED PETROLEUM**<br>**    PRODUCTS, INC.**<br>**PO Box 34600**<br>**Seattle, WA 98124-1600** | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $177.34 |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 20-12550-CMA    Doc 2    Filed 10/08/20    Ent. 10/08/20 08:18:52    Pg. 18 of 30

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,861.20 |
|---|---|---|---|

**BATEMAN MANUFACTURING**
5 Winstar Road
Oro Medonte, ON L0L 2L0
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**BOSTEC, INC.**
PO Box 486
Lynden, WA 98264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**CONSTR. EQUIP. GUIDE**
470 Maryland Drive
Fort Washington, PA 19034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.10 |
|---|---|---|---|

**CRATE TECH**
2582 Momentum Place
Chicago, IL 60689-5325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.50 |
|---|---|---|---|

**CRYSTAL SPRINGS**
PO Box 660579
Dallas, TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.12 |
|---|---|---|---|

**CUMMINS NORTHWEST LLC**
Lockbox 138324
PO Box 398324
San Francisco, CA 94139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,545.46 |
|---|---|---|---|

**DARTCO TRANSMISSIONS INC.**
PO Box 2384
Indianapolis, IN 46206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,028.34 |
|---|---|---|---|

**DRIVELINES N.W. INC.**
3116 First Hill Avenue
Everett, WA 98201-4519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.28 |
|---|---|---|---|

**FEDEX**
P.O. BOX 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,567.72 |
|---|---|---|---|

**FEDEX FREIGHT**
P.O. Box 10306
Palatine, IL 60055-0306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.88 |
|---|---|---|---|

**GRAINGER, INC.**
PO Box 419267
Kansas City, MO 64141-6267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _4719_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.78 |
|---|---|---|---|

**HI-STRENGTH BOLT COMPANY**
21257 84th Avenue S
Kent, WA 98032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,284.34 |
|---|---|---|---|

**INDECO NORTH AMERICA, INC.**
PO Box 0393
Bridgeport, CT 06601-0393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025.15 |
|---|---|---|---|

**INTEGRATED COMPUTER SYSTEMS
    SUPPORT, INC.**
8531 154th Avenue NE
Suite 110
Redmond, WA 98052-6296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,042.15 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**JUBITZ FLEET SERVICES**
PO Box 11251
Portland, OR 97211

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205,256.58 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**KOBELCO CONSTRUCTION**
    **MACHINERY U.S.A. INC.**
4690 World Houston Parkway
Houston, TX 77032

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148,910.99 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**LIEBHERR MINING & CONSTRUCTION**
    **EQUIPMENT, INC.**
4100 Chestnut Avenue
Newport News, VA 23607

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,180.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**MACHINERY TRADER**
PO Box 85673
Lincoln, NE 68501-5673

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.64 |
|------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**MORSE HYDRAULICS USA, LLC**
7031 S 196th Street
Unit 1-2
Kent, WA 98032-1160

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.60 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**NAPA - CLARK COUNTY**
    **HAZEL DELL**
File 56893
Los Angeles, CA 90074-6893

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,698.31 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**NAPA AUTO PARTS**
FILE 56893
Los Angeles, CA 90074-6893

Date(s) debt was incurred _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $390.72 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**PACIFIC POWER GROUP, LLC**
PO Box 748720
Los Angeles, CA 90074-8720

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,765.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**REDMOND HEAVY HAULING, LLC**
PO Box 672
Prineville, OR 97754

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $14.84 |
|------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**SIERRA SPRINGS**
PO Box 660579
Dallas, TX 75266

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,750.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**SUTTON TRUCKING LLC**
24300 Pacific Hwy. S.
Kent, WA 98032

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $156.78 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**TACOMA DIESEL & EQUIPMENT, INC**
444 54th Avenue E.
Fife, WA 98424-2722

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $300.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**THINK BYG LLC**
2028 East Ben White Blvd.
Suite 240-3575
Austin, TX 78741

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,765.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**TLC TOWING & RECOVERY, INC.**
4545 S. 11th Way
Ridgefield, WA 98642

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454.18 |
|---|---|---|---|

**WASTE CONNECTIONS OF WA**
Vancouver District #2010
PO Box 7428
Pasadena, CA 91109-7428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103.19 |
|---|---|---|---|

**WINKLE INDUSTRIES**
2080 West Main Street
Alliance, OH 44601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.00 |
|---|---|---|---|

**XTREME PRESSURE WASH**
5600 Mount Solo Rd.
Unit 52
Longview, WA 98632

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ASSOCIATED PETROLEUM PRODUCTS, INC.**<br>2320 Milwaukee Way<br>Tacoma, WA 98421-2710 | Line **3.2**<br><br>☐ Not listed. Explain ___ | __ |
| 4.2 | **BOSTEC, INC.**<br>8112 Guide Meridian Rd.<br>Lynden, WA 98264-9421 | Line **3.4**<br><br>☐ Not listed. Explain ___ | __ |
| 4.3 | **DARTCO TRANSMISSIONS INC.**<br>4390 N. Long Road<br>Columbus, IN 47203 | Line **3.9**<br><br>☐ Not listed. Explain ___ | __ |
| 4.4 | **DEPARTMENT OF REVENUE**<br>Treasury Management<br>PO Box 47464<br>Olympia, WA 98504-7464 | Line **2.1**<br><br>☐ Not listed. Explain ___ | __ |
| 4.5 | **FEDEX FREIGHT**<br>2200 Forward Drive<br>Harrison, AR 72601 | Line **3.12**<br><br>☐ Not listed. Explain ___ | __ |
| 4.6 | **JUBITZ FLEET SERVICES**<br>33 NE Middlefield Road<br>Portland, OR 97211 | Line **3.17**<br><br>☐ Not listed. Explain ___ | __ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.7 **KOBELCO CONSTR. MACH. USA INC.**<br>**c/o CORPORATION SERVICE CO.**<br>**211 E. 7th Street**<br>**Suite 620**<br>**Austin, TX 78701** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 **LIEBHERR-AMERICA, INC.**<br>**dba Liebherr USA Co.**<br>**PO Box 603928**<br>**Charlotte, NC 28260** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 **NAPA AUTO PARTS**<br>**2999 Wildwood Pkwy.**<br>**Atlanta, GA 30339-8580** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 **PACIFIC POWER GROUP, LLC**<br>**805 Broadway Street**<br>**Suite 700**<br>**Vancouver, WA 98660** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 **SUTTON TRUCKING LLC**<br>**24001 NE Sandy Blvd.**<br>**Wood Village, OR 97060** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 **W. W. GRAINGER, INC.**<br>**221 Bolivar Street**<br>**Jefferson City, MO 65101** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 **W. W. GRAINGER, INC.**<br>**100 Grainger Parkway**<br>**Lake Forest, IL 60045** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 174,683.68 |
| 5b. Total claims from Part 2 | 5b. + | $ | 386,697.55 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 561,381.23 |

**Fill in this information to identify the case:**

Debtor name    **Ameridian Industries LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)    **20-12550**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Uniform and allied merchandise rental and service Agreement for Vancouver location.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ARAMARK UNIFORM SERVICES**<br>**5880 Nolensville Pike**<br>**Nashville, TN 37211-6502** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Master Lease Agreement for the following equipment: (i) 2016 Kenworth T270; (ii) 2015 Summit Series 8 Work Truck; (iii) Summit Model 10620 Crane; (iv) Miller Enpak Air-Compressor; (v) Miller Maxstar Welder; and (vi) Summit Lube Skid. Subject to review as to true lease versus financing transaction.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BANK OF THE WEST EQUIPMENT FINANCE**<br>**12677 Alcosta Blvd., Suite 200**<br>**NC-B15-2H-K**<br>**San Ramon, CA 94583** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Dealer Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BELL TRUCKS AMERICA, INC.**<br>**8111 Mills Road**<br>**Houston, TX 77064** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Uniform rental and service Agreement for SeaTac location.**

State the term remaining

List the contract number of any government contract

**CINTAS CORPORATION**
**6800 Cintas Blvd.**
**Mason, OH 45040**

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Dealer Agreement**

State the term remaining

List the contract number of any government contract

**CUMMINS INC.**
**500 Jackson Street**
**Columbus, IN 47201**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Motor Vehicle Lease Agreement for 2017 Ford Explorer, VIN 1FM5K8D81HGD56616.**

State the term remaining

List the contract number of any government contract

**D.O.C.K. MANAGEMENT, INC.**
**11800 124th Avenue NE**
**Kirkland, WA 98034**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease Agreement for the premises located at 3909 Fruit Valley Road, Vancouver, WA 98682.**

State the term remaining

List the contract number of any government contract

**DMK PROPERTIES, LLC**
**Attn: Gene T. Nelsen**
**1907 NW 111th Street**
**Vancouver, WA 98685**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Service Dealer Agreement for Deutz Engines**

State the term remaining

List the contract number of any government contract

**HAMILTON ENGINE, LLC**
**5540 NE Columbia Blvd.**
**Portland, OR 97218**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Dealer Agreement**

State the term remaining

**KOBELCO CONSTR. MACH. USA INC.**
**4690 World Houston Parkway**
**Houston, TX 77032**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Dealer Agreement**

State the term remaining

List the contract number of any government contract

**LIEBHERR CONSTR. EQUIP. CO.**
**4100 Chestnut Avenue**
**Newport News, VA 23607**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial Lease Agreement for the premises located at 18060 Des Moines Memorial Drive S., Seattle, WA 98148.**

State the term remaining

List the contract number of any government contract

**MARITAL TRUST OF GARY F. WOOD**
**   AND KERRI L. WOOD**
**Attn: Kerri L. Wood**
**3516 NW 70th Street**
**Seattle, WA 98117**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of the following office equipment: (i) Canon Image Runner C3561F System; (ii) Lexmark C4150 System; and (iii) Canon Image Runner 45351 System (Qty 2).**

State the term remaining

List the contract number of any government contract

**PACIFIC OFFICE AUTOMATION, INC**
**1064 Fourth Avenue S.**
**Branch 85**
**Seattle, WA 98134**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

**Independent Allison Dealer Agreement**

State the term remaining

List the contract number of any government contract

**PACIFIC POWER GROUP, LLC**
**805 Broadway Street, Suite 700**
**Vancouver, WA 98660**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

**Commercial Lease Agreement for 50,530 square feet of open air yard space located at 24300 Pacific Hwy. S., Kent, WA 98032.**

State the term remaining

**SUTTON TRUCKING**
**Attn: Mike Harford**
**24300 Pacific Hwy. S.**
**Kent, WA 98032**

---

Case 20-12550-CMA     Doc 2     Filed 10/08/20     Ent. 10/08/20 08:18:52     Pg. 27 of 30

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **ZF Services Partner Contract** | |
|---|---|---|---|
| | State the term remaining | | **ZF SERVICES, LLC** |
| | List the contract number of any government contract | | **777 Hickory Hill Drive** |
| | | | **Vernon Hills, IL 60061** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____ Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____ Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____ Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Case 20-12550-CMA   Doc 2   Filed 10/08/20   Ent. 10/08/20 08:18:52   Pg. 29 of 30

# United States Bankruptcy Court
## Western District of Washington

In re   **Ameridian Industries LLC**     Case No.   **20-12550**

Debtor(s)     Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AVRO LLC**<br>**Attn: Mr. Van Ruiter**<br>**18060 Des Moines Memorial Dr S**<br>**Seattle, WA 98148-1950** | | **45.109%** | **membership interest** |
| **Brennan Family Investment LLC**<br>**Attn: Mr. Carey M. Brennan**<br>**10205 NE 60th Street**<br>**Kirkland, WA 98033** | | **25.947%** | **membership interest** |
| **Irish Inc.**<br>**Attn: Mr. Jim Irish**<br>**18060 Des Moines Memorial Dr S**<br>**Seattle, WA 98148-1950** | | **16.168%** | **membership interest** |
| **Joseph Vitulli**<br>**520 Equinox Dr., Box 11-D**<br>**Cle Elum, WA 98922** | | **3.194%** | **membership interest** |
| **Kerri Wood**<br>**3516 NW 70th Street**<br>**Seattle, WA 98117** | | **6.388%** | **membership interest** |
| **Robert S. Traff Family Trust**<br>**Attn: Mr. Samuel Traff**<br>**734 N 89th Street**<br>**Seattle, WA 98103** | | | **membership interest** |
| **Robert S. Traff Family Trust**<br>**Attn: Mrs. Atrid Traff**<br>**225 2nd Street S, D-3**<br>**Kirkland, WA 98033** | | **3.194%** | **membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President & CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 8, 2020**      Signature   **/s/ Allan Van Ruiter**

**Allan Van Ruiter**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy